## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Adams-Lee, Bertha L

Printed:  9/3/08

Case Number:  06 B 10121
Judge:  Hollis, Pamela S
Filed:  11/30/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  June 2, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,560.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 152.94 |
| Other Funds: |  | 10,207.06 |
| Totals: | 12,560.00 | 12,560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Philip V Martino | Administrative | 2,200.00 | 2,200.00 |
| 2. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 4. | Bank Of America | Secured | 0.00 | 0.00 |
| 5. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 6. | Andrew D Arons | Secured | 0.00 | 0.00 |
| 7. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 8. | City Of Chicago | Secured | 488.07 | 0.00 |
| 9. | Bank Of America | Unsecured | 801.22 | 0.00 |
| 10. | Credot First A.A. | Unsecured | 54.73 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 135.45 | 0.00 |
| 12. | Nelnet | Unsecured | 1,812.90 | 0.00 |
| 13. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 14. | City Of Chicago | Secured | | No Claim Filed |
| 15. | Net Bank | Secured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 17. | Bank Of America | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | CitiFinancial | Unsecured | | No Claim Filed |
| | | | $ 5,492.37 | $ 2,200.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 152.94 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Adams-Lee, Bertha L

Printed:  9/3/08

Case Number:  06 B 10121

Judge:  Hollis, Pamela S

Filed:  11/30/06

_____
$ 152.94

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: