IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Adams-Lee, Bertha L | Case Number:  06 B 10121 |
| | Judge:  Hollis, Pamela S |
| Printed: 02/17/09 | Filed:  11/30/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 17, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,560.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 152.94 |
| Other Funds: |  | 10,207.06 |
| Totals: | 12,560.00 | 12,560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Philip V Martino | Administrative | 2,200.00 | 2,200.00 |
| 2. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 4. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 5. | Bank Of America | Secured | 0.00 | 0.00 |
| 6. | Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 7. | Andrew D Arons | Secured | 0.00 | 0.00 |
| 8. | City Of Chicago | Secured | 488.07 | 0.00 |
| 9. | Nelnet | Unsecured | 1,812.90 | 0.00 |
| 10. | Bank Of America | Unsecured | 801.22 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 135.45 | 0.00 |
| 12. | Credot First A.A. | Unsecured | 54.73 | 0.00 |
| 13. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 14. | City Of Chicago | Secured | | No Claim Filed |
| 15. | Net Bank | Secured | | No Claim Filed |
| 16. | Bank Of America | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 18. | CitiFinancial | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 5,492.37 | $ 2,200.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 152.94 |
| | $ 152.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Adams-Lee, Bertha L | Case Number: 06 B 10121 |
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 11/30/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*